Arnold B. Calmann (abc@saiber.com)
Jeffrey Soos (js@saiber.com)
Geri L. Albin (galbin@saiber.com)
**SAIBER LLC**
One Gateway Center, 10th Floor, Suite 1000
Newark, New Jersey 07102
(973) 622-3333

William A. Rakoczy (wrakoczy@rmmslegal.com)
Paul J. Molino (paul@rmmslegal.com)
Deanne M. Mazzochi (dmazzochi@rmmslegal.com)
Thomas R. Burns (tburns@rmmslegal.com)
Jeffrey A. Marx (jmarx@rmmslegal.com)
**RAKOCZY MOLINO MAZZOCHI SIWIK LLP**
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
(312) 222-6301

*Attorneys for Defendants*
*Lupin Pharmaceuticals, Inc. and Lupin Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROCHE PALO ALTO LLC, GILEAD PALO ALTO, INC. and GILEAD SCIENCES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN PHARMACEUTICALS, INC. and LUPIN LTD., <br><br> Defendants. | Civ. A. No. 2:10-03561 (ES) (CLW) <br><br> **NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF <u>INVALIDITY</u>** <br><br> *DOCUMENT FILED ELECTRONICALLY* <br><br> RETURN DATE: DECEMBER 3, 2012 <br><br> ORAL ARGUMENT REQUESTED |

**TO:**  Liza M. Walsh (lwalsh@connellfoley.com)
Ruksanah L. Lighari (rlighari@connellfoley.com)
Tara Lynn Touloumis (ttouloumis@connellfoley.com)
**CONNELL FOLEY, LLP**
85 Livingston Avenue
Roseland, NJ 07068

- 1 -

Irene E. Hudson (Hudson@fr.com)
**FISH & RICHARDSON PC**
601 Lexington Avenue
New York, NY 10022

W. Chad Shear (shear@fr.com)
**FISH & RICHARDSON PC**
222 Delaware Avenue
Wilmington, DE 19801

Juanita R. Brooks (brooks@fr.com)
Jonathan E. Singer (singer@fr.com)
**FISH & RICHARDSON PC**
12390 El Camino Road
San Diego, CA 92130

Cherylyn Esoy Mizzo (mizzo@fr.com)
**FISH & RICHARDSON PC**
1425 K Street, NW, 11th Floor
Washington, DC 20005

*Attorneys for Plaintiffs*
*Roche Palo Alto LLC, Gilead Palo Alto, Inc., and Gilead Sciences, Inc.*

**PLEASE TAKE NOTICE** that on December 3, 2012, or as soon thereafter as counsel may be heard, the undersigned counsel for Defendants Lupin Ltd. ("Lupin Ltd.") and Lupin Pharmaceuticals, Inc. ("LPI") (collectively, "Lupin") shall appear before the Honorable Esther Salas, U.S.D.J., Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, and shall move this Court, in accordance with Fed. R. Civ. P. 56 and L. Civ. R. 56.1 for summary judgment of invalidity of the Asserted Claims:  U.S. Patent No. 6,303,607 ("the '607 patent") claim 1; U.S. Patent No. 6,503,911 ("the '911 patent") claims 1-4; U.S. Patent No. 6,525,057 ("the '057 patent") claims 1-9; U.S. Patent No. 6,617,328 ("the '328 patent") claims 1-10, 16-26, 28, 31-32; and U.S. Patent No. 6,864,258 ("the '258 patent") claims 1-4, 6-13.

**PLEASE TAKE FURTHER NOTICE** that in support of the within application, Lupin shall rely on its Brief, Local Civil Rule 56.1 Statement of Material Facts Not in Dispute and the Declaration of Jeffrey Marx, Esq. with exhibits annexed thereto filed contemporaneously herewith, and any papers filed in reply to any opposition hereto, and oral argument, if any.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that this motion is being submitted pursuant to the Court's September 26, 2012, Amended Pretrial Scheduling Order. (ECF No. 163).

**PLEASE TAKE FURTHER NOTICE** that Lupin requests oral argument on this motion.

Respectfully submitted,

Dated: October 12, 2012

**SAIBER LLC**
Attorneys for Defendants Lupin
Pharmaceuticals, Inc. and Lupin Ltd.

By:   s/ Arnold B. Calmann
    Arnold B. Calmann (abc@saiber.com)
    Jeffrey Soos (js@saiber.com)
    Geri L. Albin (galbin@saiber.com)
    **SAIBER LLC**
    One Gateway Center, 10th Floor
    Newark, New Jersey 07102-5311
    (973) 622-3333

    William A. Rakoczy
    (wrakoczy@rmmslegal.com)
    Paul J. Molino (paul@rmmslegal.com)
    Deanne Mazzochi
    (dmazzochi@rmmslegal.com)

- 4 -

Thomas R. Burns (tburns@rmmslegal.com)
Jeffrey A. Marx (jmarx@rmmslegal.com)
**RAKOCZY MOLINO MAZZOCHI SIWIK LLP**
6 West Hubbard Street, Suite 500
Chicago, Illinois  60654
(312) 222-6301