Arnold B. Calmann (abc@saiber.com)
Jeffrey Soos (js@saiber.com)
Geri L. Albin (galbin@saiber.com)
**SAIBER LLC**
One Gateway Center, 10th Floor, Suite 1000
Newark, New Jersey 07102
(973) 622-3333

William A. Rakoczy (wrakoczy@rmmslegal.com)
Paul J. Molino (paul@rmmslegal.com)
Deanne M. Mazzochi (dmazzochi@rmmslegal.com)
Thomas R. Burns (tburns@rmmslegal.com)
Jeffrey A. Marx (jmarx@rmmslegal.com)
**RAKOCZY MOLINO MAZZOCHI SIWIK LLP**
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
(312) 222-6301

Attorneys for Defendants
Lupin Pharmaceuticals, Inc. and Lupin Ltd.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ROCHE PALO ALTO LLC, GILEAD PALO ALTO, INC. and GILEAD SCIENCES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN PHARMACEUTICALS, INC. and LUPIN LTD., <br><br> Defendants. | ) <br> ) Civ. A. No. 2:10-03561 (ES) (SCM) <br> ) <br> ) <br> ) <br> ) **NOTICE OF MOTION *IN LIMINE* TO** <br> ) **EXCLUDE TESTIMONY OF** <br> ) **R. POLK WAGNER** <br> ) <br> ) ORAL ARGUMENT REQUESTED <br> ) <br> ) *DOCUMENT FILED ELECTRONICALLY* <br> ) |

**TO:** Counsel of Record

    **PLEASE TAKE NOTICE** that on a time and date set by the court, or as soon thereafter

as counsel may be heard, the undersigned counsel for Defendants Lupin Ltd. and Lupin

Pharmaceuticals, Inc. (collectively, "Lupin") shall appear before the Honorable Esther Salas,

U.S.D.J., Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, and shall move this Court *in limine* for entry of an Order precluding Plaintiffs Roche Palo Alto LLC, Gilead Palo Alto Inc., and Gilead Sciences Inc. (collectively "Plaintiffs") from presenting and/or relying on any testimony from R. Polk Wagner.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Lupin shall rely upon the accompanying Brief, the Declaration of Jeffrey Marx (with exhibits annexed thereto), all papers submitted herewith, and oral argument, which is specifically requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith for the Court's consideration.

Respectfully submitted,

Dated:  March 4, 2013

**SAIBER LLC**
Attorneys for Defendants Lupin Pharmaceuticals, Inc. and Lupin Ltd.

By:    s/ Arnold B. Calmann
      Arnold B. Calmann (abc@saiber.com)
      Jeffrey Soos (js@saiber.com)
      Geri L. Albin (galbin@saiber.com)
      **SAIBER LLC**
      One Gateway Center, 10th Floor
      Newark, New Jersey 07102-5311
      (973) 622-3333

      William A. Rakoczy
      (wrakoczy@rmmslegal.com)
      Paul J. Molino (paul@rmmslegal.com)
      Deanne Mazzochi
      (dmazzochi@rmmslegal.com)
      Thomas R. Burns (tburns@rmmslegal.com)
      Jeffrey A. Marx (jmarx@rmmslegal.com)
      **RAKOCZY MOLINO MAZZOCHI SIWIK LLP**
      6 West Hubbard Street, Suite 500
      Chicago, Illinois  60654
      (312) 222-6301