# CONNELL FOLEY LLP
## ATTORNEYS AT LAW

85 LIVINGSTON AVENUE
ROSELAND, NJ 07068-3702
(973) 535-0500
FAX: (973) 535-9217

OTHER OFFICES

HARBORSIDE FINANCIAL CENTER
2510 PLAZA FIVE
JERSEY CITY, NJ 07311
(201) 521-1000
FAX: (201) 521-0100

888 SEVENTH AVENUE
9TH FLOOR
NEW YORK, NY 10106
(212) 307-3700
FAX: (212) 262-0050

1500 MARKET STREET
12TH FLOOR, EAST TOWER
PHILADELPHIA, PA 19102
(215) 246-3403
FAX: (215) 665-5727

LIBERTY VIEW
457 HADDONFIELD ROAD, SUITE 230
CHERRY HILL, NJ 08002
(856) 317-7100
FAX: (856) 317-7117

THE ATRIUM, SUITE E
309 MORRIS AVENUE
SPRING LAKE, NJ 07762
(732) 449-1440
FAX: (732)449-0934

JOHN A. PINDAR (1969)
GEORGE W. CONNELL (2005)
ADRIAN M. FOLEY, JR.
GEORGE J. KENNY*
KENNETH F. KUNZMAN
SAMUEL D. LORD (2012)
RICHARD D. CATENACCI
RICHARD J. BADOLATO*
PETER D. MANAHAN
JOHN B. MURRAY
MARK L. FLEDER
KEVIN J. COAKLEY
THOMAS S. COSMA
KATHLEEN S. MURPHY
PATRICK J. MCAULEY
PETER J. PIZZI*+
KEVIN R. GARDNER
ROBERT E. RYAN
MICHAEL X. MCBRIDE*
JEFFREY W. MORYAN*
EDWARD S. WARDELL
PETER J. SMITH*
WILLIAM P. KRAUSS
BRIAN G. STELLER
PHILIP F. MCGOVERN, JR.
KAREN PAINTER RANDALL
LIZA M. WALSH
JOHN P. LACEY*
MICHAEL J. CROWLEY-
TIMOTHY E. CORRISTON*
PATRICK J. HUGHES*+
JAMES C. MCCANN*
JOHN D. CROMIE

ANGELA A. IUSO*
WILLIAM T. MCGLOIN*
BRENDAN JUDGE
STEPHEN A. URBAN
CHARLES J. HARRINGTON III+
STEPHEN V. FALANGA*
TRICIA O'REILLY*
ANTHONY F. VITIELLO*+
MARC D. HAEFNER
JONATHAN P. MCHENRY
BRAD D. SHALIT*
M. TREVOR LYONS*
CRAIG S. DEMARESKI*
W. NEVINS MCCANN*
THOMAS J. O'LEARY*
MITCHELL W. TARASCHI
MICHAEL A. SHADIACK*
OWEN C. MCCARTHY*
PATRICIA A. LEE*+
AGNIESZKA ANTONIAN*
MICHAEL MICELI
CHRISTOPHER J. TUCCI+
NEIL V. MODY*
STEVE BARNETT*
THOMAS M. SCUDERI*
JOSEPH M. MURPHY*
NANCY A. SKIDMORE*
CHRISTINE S. ORLANDO
JENNIFER C. CRITCHLEY*
PATRICK S. BRANNIGAN*
CHRISTINE I. GANNON*
ANDREW C. SAYLES*
WILLIAM D. DEVEAU*

COUNSEL

JOHN W. BISSELL
EUGENE J. CODEY, JR.
FRANCIS J. ORLANDO
FRANCIS E. SCHILLER*
EUGENE P. SQUEO*
BRIAN P. MORRISSEY-
NOEL D. HUMPHREYS*
ANTHONY ROMANO II*

DOUGLAS J. SHORT*
JAMES M. MERENDINO
MICHELE T. TANTALLA*
HECTOR D. RUIZ*
ROBERT A. VERDIBELLO*
PHILIP W. ALLOGRAMENTO III*
STEPHEN D. KESSLER
CHRISTOPHER ABATEMARCO*
ANTHONY J. CORINO*
INGRID E. DA COSTA
MEGHAN BARRETT BURKE*
RUKHSANAH L. SINGH*
BRITTANY E. MIANO*
STACIE L. POWERS*
NICOLE B. DORY*
MICHAEL BOJBASA-
CHRISTOPHER M. HEMRICK*
SUSAN KWIATKOWSKI*
MELISSA D. LOPEZ
ANDREW L. BARON*
JASON D. FALK*
MICHAEL J. SHORTT+
VICTORIA N. MANOUSHAGIAN*
PATRICK J. MURPHY, III*

KARIN I. SPALDING*
JODI ANNE HUDSON*
RICHARD A. JAGEN
JASON E. MARX*
ALEXIS E. LAZZARA
GAIL GOLDFARB
THOMAS VECCHIO+
DANIEL B. KESSLER*

MEGHAN K. MUSSO*
BRENDAN W. CARROLL*
ELEONORE OFOSU-ANTWI*
EDMUND J. CAULFIELD*
SYDNEY J. DARLING*
JESSICA L. PALMER*
NEIL V. SHAH*
STEPHEN R. TURANO*
STEVEN A. KROLL*
ROBERT M. DIPISA*
MATTHEW A. BAKER+
MICHAEL J. CREEGAN*
THOMAS M. BLEWITT, JR.+
BRIAN S. WOLFSON
MARY F. HURLEY
DANIELLE M. NOVAK+
KATELYN O'REILLY
JAMES E. FIGLIOZZI-
MATTHEW D. FIELDING*
MELISSA L. HIRSCH+
MARIEL L. BELANGER*
NICHOLAS W. URCIUOLI
KERRY C. DONOVAN
GENEVIEVE L. HORVATH

*ALSO ADMITTED IN NEW YORK
+ALSO ADMITTED IN PENNSYLVANIA
-ONLY ADMITTED IN NEW YORK
PLEASE REPLY TO ROSELAND, NJ

April 30, 2013

**VIA ECF**

Honorable Esther Salas, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. &U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> Re:   Roche Palo Alto LLC et al. v. Lupin Pharm., Inc. et al.
>       Civil Action No. 2:10-3561 (ES/SCM)

Dear Judge Salas:

We write pursuant to Your Honor's instructions today regarding certain objections that were raised during the trial. In his non-infringement report, Dr. Mayersohn gave no opinion that Dr. Weiner's methodology is "generally unacceptable." Instead, he had specific critiques about accumulation ratios and nonlinearity ratios. (*See* Mayersohn Report at ¶¶8 and 13.) Dr. Mayersohn also provided none of the statistics or data about MARISA contained in Lupin's demonstratives. A different Lupin expert, Dr. Kay, supplied statistical data, primarily in connection with validity. Dr. Mayersohn neither relied on Dr. Kay nor had any contact with him. Accordingly, Dr. Mayersohn's proposed opinions on these issues – reflected on Slides DDX-29 and 30 and the titles of Slides DDX-31-34—should not be allowed.

In Court, Lupin represented that paragraph 8 of Dr. Mayersohn's Responsive Report contains the opinion that Dr. Weiner's methodology was not generally accepted. It does not. Rather, Dr. Mayesohn opined that it was not appropriate for Dr. Weiner to calculate 2 accumulation ratios for each subject (one for Cmax and one for Ctrough), contending that each subject should only have 1 accumulation ratio. Because Dr. Weiner convincingly refuted that

Honorable Esther Salas, U.S.D.J.
April 30, 2013
Page 2

opinion in his reply report, Lupin now seeks to offer different opinions from Dr. Mayersohn as to why Dr. Weiner's methodology is not "generally acceptable."

Lupin's lawyers attempt to excuse this new opinion by saying they had no notice before Friday that Dr. Weiner's approach had been accepted by a court in another case, specifically Allergan. First, that does not matter because Dr. Weiner laid out his methodology and if Dr. Mayersohn thought it was generally unacceptable, he should have laid this out in his report. In any event, Lupin cannot be surprised by that fact because Dr. Weiner told them this at his deposition (Dep. 80:17-81:2.) In addition, Dr. Mayersohn himself was the opposing generic's expert in the Allergan case.

Counsel for plaintiffs note that all this results from trial testimony from Dr. Weiner that drew not a single objection that it was outside the scope of his report or new.

As for the statistics and specific data regarding the MARISA study, these are nowhere in Dr. Mayersohn's report. Rather, Dr. Mayersohn in his report states "I understand from counsel that another expert has reviewed the MARISA data . . . I understand that further analysis concerning the relative validity of the MARISA and CVT 3015 data is provided by another Lupin expert." (Mayersohn Report ¶¶45-46). And Dr. Mayersohn told us in his deposition that he has never spoken with any other expert in this case or read their reports. (Mayersohn 109:20-111:3.) Lupin attempts to excuse these new opinions by telling the Court that they did not have this data at the time Dr. Mayersohn wrote his responsive report. This also, is not the case. The data was provided in Dr. Weiner's Opening Report in Appendix 2 (now PTX-675). And not surprising, Dr. Kay in his responding report conduct statistical analysis on this very data.

While plaintiffs would rather not have to make such objections and slow down the trial, Lupin's attorneys are attempting to present new opinions from Dr. Mayersohn not previously disclosed.

We appreciate the Court's continued attention to this matter.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc:   All Counsel of Record (via ECF and email)