# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF NEW JERSEY*
# *NEWARK*

### Minutes of Proceedings

Judge  **Esther Salas**                          MAY 8, 2013
                                              Date of Proceedings

Court Reporter  **Lynne Johnson**

Deputy Clerk  **Philip Selecky**

**Title of Case**:                        Docket #  **CV. 10-3561 (ES)**

Roche Palo Alto, LLC, et al. v. Lupin Pharmaceuticals, et al.

**Appearances**:
-Liza Walsh, Esq, Rukhsanah Singh, Esq, Juanita Brooks, Esq, Chad
 Shear, Esq, Jonathan Sinder, Esq, Denna Reichel, Esq, & John
 Farrell, Esq, for the pltfs.
-Jeffrey Soos, Esq, Geri Albin, Esq, Deanne Mazzochi, Esq,
 William Rackoczy, Esq, Paul Molino, Esq, Jeffrey Marx, Esq, &
 William Ward, Esq, for the defts.

**Nature of Proceedings**: Non-Jury Trial continued at 9:45 a.m.
-Dr. Andrew Wolff sworn for the pltfs.
-Lunch recess from 12:48 p.m., until 1:34 p.m.
-Dr. Andrew Wolff resumes for the pltfs.
-Trial adjourned at 5:00 p.m., to be continued on 5-9-13
 at 9:30 a.m.

Time Commenced: 9:45 a.m.
Time Adjourned: 5:00 p.m.

                                        Philip Selecky, Deputy Clerk