## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF NEW JERSEY*
## *NEWARK*

### Minutes of Proceedings

Judge  **Esther Salas**                          MAY 9, 2013
                                              Date of Proceedings
Court Reporter  **Lynne Johnson**

Deputy Clerk  **Philip Selecky**

**Title of Case**:                    Docket # **CV. 10-3561 (ES)**

Roche Palo Alto, LLC, et al. v. Lupin Pharmaceuticals, et al.

**Appearances**:
-Liza Walsh, Esq, Rukhsanah Singh, Esq, Juanita Brooks, Esq, Chad
 Shear, Esq, Gregory Booker, Esq, & John Farrell, Esq, for the
 pltfs.
-Arnold Calmann, Esq, Deanne Mazzochi, Esq, William Rackoczy, Esq,
 Paul Molino, Esq, Jeffrey Marx, Esq, William Ward, Esq, Brian
 Murray, Esq, & Thomas Burns, Esq, for the defts.

**Nature of Proceedings**: Non-Jury Trial continued at 9:50 a.m.
-Dr. Stanley Davis resumes for the pltfs.
-Lunch recess from 12:39 p.m., until 1:23 p.m.
-Dr. Stanley Davis resumes for the pltfs.
-Dr. Henry Grabowski sworn for the pltfs.
-Pltfs, rest (Invalidity).
-Scott Megaffin sworn for the defts.
-Trial adjourned at 4:30 p.m., to be continued on 5-14-13
 at 9:30 a.m.

Time Commenced: 9:50 a.m.
Time Adjourned: 4:30 p.m.

                                    Philip Selecky, Deputy Clerk