**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>ESTHER SALAS<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 5076<br>NEWARK, NJ 07101<br>973-297-4887 |

July 15, 2013

**LETTER ORDER**

Re:   Roche Palo Alto, LLC v. Lupin Pharmaceuticals, Inc, et al.
      Civil Action No. 10-3561 (ES)

Dear Counsel:

Please be advised that a telephone conference has been set for **July 25, 2013 at 3:30 p.m.** Counsel for the Plaintiff shall initiate the call. If you have any questions, please call chambers at (973) 297-4887.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas,  U.S.D.J.**