# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF NEW JERSEY*
# *NEWARK*

## Minutes of Proceedings

Judge  **Esther Salas**                              JULY 25, 2013
                                                    Date of Proceedings

Court Reporter_____

Deputy Clerk  **Philip Selecky**

**Title of Case**:                          Docket # **CV. 10-3561 (ES)**

Roche Palo Alto, LLC, et al. v. Lupin Pharmaceuticals, et al.

**Appearances**:
Rukhsanah Singh, Esq & Juanita Brooks, Esq, for the pltfs.
Arnold Calmann, Esq, Geri Albin, Esq, & Deanne Mazzochi, Esq, for the defts.

**Nature of Proceedings**: STATUS CONFERENCE (Telephone)

Time Commenced: 4:45 p.m.
Time Adjourned: 4:50 p.m.
Total Time: 5 Minutes

                                         Philip Selecky, Deputy Clerk